IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMMAMISH HOMEOWNERS, THOMAS E. HORNISH AND SUZANNE J. HORNISH JOINT LIVING TRUST, TRACY AND BARBARA NEIGHBORS, ARUL MENEZES AND LUCRETIA VANDERWENDE, AND HEBERT MOORE AND ELYNNE MOORE,<br><br>Plaintiffs,<br><br>vs.<br><br>KING COUNTY, a home rule charter county,<br><br>Defendants. | CORPORATE DISCLOSURE STATEMENT<br><br>Case No. 2:15-cv-00284-RAJ |

Plaintiffs make the following disclosure pursuant to Federal Rule of Civil Procedure 7.1:

1.      Sammamish HomeOwners is a Washington corporation and states that it has no parent corporation and no publicly held corporation owning 10% or more of its stock.

CORPORATE DISCLOSURE STATEMENT - PAGE 1

**RODGERS DEUTSCH & TURNER, P.L.L.C.**
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington 98005-2440
Tel. (425)455-1110  Fax (425)455-1626

v.

1
2  Date: March 5, 2015.                              BAKER STERCHI COWDEN & RICE, L.L.C.
3
4                                                    By  /s/ Thomas S. Stewart
                                                        Thomas S. Stewart
5                                                       Elizabeth McCulley
                                                        2400 Pershing Road, Suite 500
6                                                       Kansas City, MO 64108
                                                        Telephone:    (816) 471-2121
7                                                       Facsimile:    (816) 472-0288
                                                        stewart@bscr-law.com
8                                                       mcculley@bscr-law.com
                                                        Bettenhausen@bscr-law.com
9
10                                                      AND

11                                                      RODGERS DEUTSCH & TURNER, P.L.L.C.
                                                        Daryl A. Deutsch, WSBA No. 11003
12                                                      Rodgers Deutsch & Turner, P.L.L.C.
                                                        3 Lake Bellevue Dr. Suite 100
13                                                      Bellevue, WA  98005
                                                        Telephone    (425) 455-1110
14                                                      Facsimile    (425) 455-1626
                                                        daryl@rdtlaw.com
15                                                      **ATTORNEYS FOR PLAINTIFFS**

16                                                         /s/ Thomas S. Stewart
17
18
19
20
21
22
23
24
25

CORPORATE DISCLOSURE STATEMENT - PAGE 2

**RODGERS DEUTSCH & TURNER, P.L.L.C.**
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington  98005-2440
Tel. (425)455-1110  Fax (425)455-1626

v.