HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Sammamish Homeowners, et al, <br><br> Plaintiffs, <br><br> v. <br><br> King County, <br><br> Defendant. | CASE NO. 15-00284 RAJ <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Richard A. Jones:

Judge Jones RECUSES himself from this action. The Clerk has reassigned this action to the Honorable Marsha J. Pechman in accordance with this District's case assignment procedures. All pleadings filed in the future shall bear case number CV15-00284 MJP.

Dated this 25th day of March, 2015.

WILLIAM M. MCCOOL
Clerk

s/Rhonda Stiles
Deputy Clerk

MINUTE ORDER- 1