The Honorable Marsha J. Pechman

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMMAMISH HOMEOWNERS, TOM HORNISH, TRACY AND BARBARA NEIGHBORS, ARUL AND LUCY MENEZES, HEBERT MOORE AND ELYNNE MOORE, AND LUCRETIA VANERWENDE,<br><br>Plaintiffs,<br>vs.<br><br>KING COUNTY, a home rule charter county,<br><br>Defendants. | No. 15-CV-0028MJP<br><br>MOTION FOR LEAVE TO FILE AMENDED COMPLAINT FOR DECLARATORY RELIEF, TO QUIET TITLE, AND FOR AN INJUNCTION<br><br>NOTE ON MOTION CALENDAR: April 24, 2015 |

COME NOW Plaintiffs and hereby move this Court to allow Plaintiffs to amend their Complaint to add 57 additional Plaintiffs, add the City of Sammamish as an additional Defendant, and to add Count III for an injunction. Plaintiffs First Amended Complaint is attached hereto as Exhibit A. In support of this motion, Plaintiffs state as follows:

1. Additional property owners who own land adjacent to and abutting the formal railroad corridor that is being used by King County as a hiking and biking path

MOTION FOR LEAVE TO FILE AMENDED COMPLAINT FOR DECLARATORY RELIEF, TO QUIET TITLE AND FOR AN INJUNCTION

PAGE 1

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington 98005-2440
Tel. (425)455-1110  Fax (425)455-1626

wish to join in this lawsuit. The 57 additional landowners will suffer the same harm as alleged by the current Plaintiffs.

2. King County alleges to have legal rights in Plaintiffs' land, and intends to usurp Plaintiffs' rights in their land, including the intention to widen a current hiking and biking path, which King County has no legal right to do and King County has applied for a permit from the City of Sammamish in order to allow widening of the hiking and biking path.

3. The City of Sammamish has no legal right to issue any permit to widen the hiking and biking path because it would infringe on Plaintiffs' fee ownership of the land.

4. King County publically alleges to have rights and publically alleges their intention of widening the hiking and biking path, and the threat of widening the current hiking and biking path is an immediate threat to invade Plaintiffs' ownership and use of their property.

5. If the hiking and biking path is widened, Plaintiffs' will suffer from actual and substantial injury, including flooding, the loss of trees, and the damage of extremely close proximity of the hiking and biking trail substantially close to their homes, as well as other injury to their properties.

Therefore, Plaintiffs request leave to amend their Complaint to add additional Plaintiffs, to add the City of Sammamish as an additional Defendant, and to add an additional count to the Complaint in order to request this Court to enjoin the City of Sammamish from issuing any permits for widening of the current hiking and biking

MOTION FOR LEAVE TO FILE AMENDED COMPLAINT FOR DECLARATORY RELIEF, TO QUIET TITLE AND FOR AN INJUNCTION

PAGE 2

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington 98005-2440
Tel. (425)455-1110  Fax (425)455-1626

path, as well as enjoin King County from continuing any work on the current hiking and biking path until this Court resolves the ownership interests in the underlying fee.

Respectfully submitted,

Date: April 13, 2015.            BAKER STERCHI COWDEN & RICE, L.L.C.

By /s/ Thomas S. Stewart
Thomas S. Stewart
2400 Pershing Road, Suite 500
Kansas City, MO 64108
Telephone:   (816) 471-2121
Facsimile:    (816) 472-0288
stewart@bscr-law.com

AND

RODGERS DEUTSCH & TURNER, P.L.L.C.
Daryl A. Deutsch, WSBA No. 11003
Rodgers Deutsch & Turner, P.L.L.C.
3 Lake Bellevue Dr. Suite 100
Bellevue, WA  98005
Telephone    (425) 455-1110
Facsimile     (425) 455-1626
daryl@rdtlaw.com
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of April 2015, the foregoing was filed electronically with the Clerk of the Court to be served by the operation of the Court's electronic filing system upon all parties of record.

Andrew W Marcuse
David J. Hackett
King County Prosecuting Attorney, Civil Division
500 4th Avenue, Suite 900
Seattle, WA 98104-5039
andrew.marcuse@kingcounty.gov
david.hackett@kingcounty.gov
*Attorneys for Defendant King County*

/s/ Thomas S. Stewart

MOTION FOR LEAVE TO FILE AMENDED COMPLAINT FOR DECLARATORY RELIEF, TO QUIET TITLE AND FOR AN INJUNCTION

PAGE 3

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington  98005-2440
Tel. (425)455-1110  Fax (425)455-1626