The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMMAMISH HOMEOWNERS, a Washington non-profit corporation; THOMAS E HORNISH and SUZANNE J. HORNISH, TRUSTEES OF THE THOMAS E. HORNISH and SUZANNE J. HORNISH JOINT LIVING TRUST; TRACY and BARBARA NEIGHBORS; ARUL MENEZES and LUCRETIA VANDERWENDE; and HEBERT MOORE and EVELYN MOORE,<br><br>Plaintiffs,<br><br>vs.<br><br>KING COUNTY, a political subdivision of the State of Washington,<br><br>Defendant. | No. 15-cv-00284 MJP<br><br>ORDER GRANTING EXTENSION<br><br>NOTE ON MOTION CALENDAR: 6/5/2015 |

This matter came before the court through the parties stipulated motion to extend time to file joint status report.  Having considered the parties' motion, IT IS HEREBY ORDERED that the motion in GRANTED.  The joint status report shall be due on July 8, 2015.

//

//

//

ORDER GRANTING EXTENSION (15-cv-00284 MJP) - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

1    DONE IN OPEN COURT this 5th day of June, 2015.

2

3

4                                              _____
                                               Marsha J. Pechman
                                               Chief United States District Judge

ORDER GRANTING EXTENSION (15-cv-00284 MJP) - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819