The Honorable Marsha J. Pechman

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMMAMISH HOMEOWNERS, THOMAS E. HORNISH AND SUZANNE J. HORNISH JOINT LIVING TRUST, TRACY AND BARBARA NEIGHBORS, ARUL MENEZES AND LUCRETIA VANDERWENDE, HEBERT MOORE AND ELYNNE MOORE, AND REID AND TERESA BROWN<br><br>Plaintiffs,<br><br>vs.<br><br>KING COUNTY, a home rule charter county,<br><br>Defendants. | Case No.: 15-cv-00284MJP<br><br>MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT<br><br>NOTE ON CALENDAR: 06/26/2015 |

COME NOW Plaintiffs Sammamish Homeowners, Thomas E. Hornish and Suzanne J. Hornish Joint Living Trust, Tracy and Barbara Neighbors, Arul Menezes and Lucretia Vanderwende, Herbert and Elynne Moore, and Reid and Teresa Brown, pursuant to this Court's Order dated June 5, 2015 (D.E. 19), and move for a 30 day extension to file their Amended Complaint to comply with this Court's directive for Plaintiffs to file a second amended complaint which addresses the findings in the Court's Order to prove standing to bring their causes of action.

In support of this motion, Plaintiffs state: (1) that chains of title will need to be prepared

MOTION FOR EXTENSION OF TIME TO FILE
AMENDED COMPLAINT
Case No.: 15-cv-00284MJP                    PAGE 1

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington 98005-2440
Tel. (425)455-1110  Fax (425)455-1626

1  by title companies and 14 days is not enough time to complete a chain of title for each Plaintiff;

2  (2) Plaintiffs will need to employ an expert witness to testify regarding the chains of title with

3  an opinion that no grantor in the chain of title expressly reserved unto themselves the former

4  railroad right-of-way such that under Washington law, each grantors' intent controls and each

5  grantor is presumed to convey all that they own unless expressly stating otherwise; and (3)

6  Plaintiffs will provide this Court with case law providing that the words "reserve" a right-of-

7  way does not amount to a reservation unto the grantor intending to expressly reserve the right-

8  of-way unto themselves but, rather, only intending to merely note that the land is encumbered

9  with an easement.

10

11                                               Respectfully submitted,

12   Date: June 18, 2015                         STEWART. WALD & McCULLEY

13

14                                               By   /s/ *Thomas S. Stewart*
                                                 Thomas S. Stewart
15                                               Elizabeth McCulley
                                                 Michael J. Smith
16                                               9200 Ward Parkway, Suite 550
                                                 Kansas City, MO  64114
17                                               Telephone: (816) 303-1500
                                                 Facsimile (816) 527-8068
18

19                                               AND

20                                               RODGERS DEUTSCH & TURNER, P.L.L.C.
                                                 Daryl A. Deutsch, WSBA No. 11003
21                                               Rodgers Deutsch & Turner, P.L.L.C.
                                                 3 Lake Bellevue Dr. Suite 100
22                                               Bellevue, WA  98005
                                                 Telephone        (425) 455-1110
23                                               Facsimile        (425) 455-1626
                                                 daryl@rdtlaw.com
24                                               **ATTORNEYS FOR PLAINTIFFS**

25

MOTION FOR EXTENSION OF TIME TO FILE
AMENDED COMPLAINT
Case No.:  15-cv-00284MJP                        PAGE 2

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington  98005-2440
Tel. (425)455-1110  Fax (425)455-1626

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of June 2015, the foregoing was filed electronically with the Clerk of the Court to be served by the operation of the Court's electronic filing system upon all parties of record.

Andrew W Marcuse
David J. Hackett
King County Prosecuting Attorney, Civil Division
500 4th Avenue, Suite 900
Seattle, WA 98104-5039
andrew.marcuse@kingcounty.gov
david.hackett@kingcounty.gov
*Attorneys for Defendant King County*

　　　　　　　　　　　　　　　　　　　　　*/s/ Thomas S. Stewart*

MOTION FOR EXTENSION OF TIME TO FILE
AMENDED COMPLAINT
Case No.: 15-cv-00284MJP                    PAGE 3

**RODGERS DEUTSCH & TURNER, P.L.L.C.**
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington 98005-2440
Tel. (425)455-1110  Fax (425)455-1626