UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMMAMISH HOMEOWNERS,<br><br>          Plaintiffs,<br><br>    v.<br><br>COUNTY OF KING,<br><br>          Defendant. | CASE NO. C15-284 MJP<br><br>ORDER ON MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT |

THIS MATTER comes before the Court on Plaintiffs' Motion for Extension of Time to File Amended Complaint. (Dkt. No. 22.) Plaintiffs have shown good cause for a 30-day extension based on the need to assemble additional evidence to demonstrate standing in accordance with the Court's June 5, 2015 Order on Motion to Dismiss for Lack of Standing. (Dkt. No. 19.) Plaintiffs are therefore GRANTED leave to file an amended complaint no later than July 20, 2015.

The clerk is ordered to provide copies of this order to all counsel.

1     Dated this 19th day of June, 2015.

*Marsha J. Pechman*
Marsha J. Pechman
Chief United States District Judge

ORDER ON MOTION FOR EXTENSION OF
TIME TO FILE AMENDED COMPLAINT- 2