IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMMAMISH HOMEOWNERS, THOMAS E. HORNISH AND SUZANNE J. HORNISH JOINT LIVING TRUST, TRACY AND BARBARA NEIGHBORS, ARUL MENEZES AND LUCRETIA VANDERWENDE, HEBERT MOORE AND ELYNNE MOORE, AND REID AND TERESA BROWN<br><br>Plaintiffs,<br>vs.<br><br>KING COUNTY, a home rule charter county,<br><br>Defendants. | PLAINTIFFS' RESPONSE TO DEFENDANT KING COUNTY'S SUBMISSION OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO SECOND EXTENSION<br><br>NOTE ON CALENDAR:<br>July 31, 2015 |

Defendant King County filed supplemental authority purportedly relevant to Plaintiffs' pending motion for an extension of time to file an Amended Complaint on July 24, 2015 (Doc. 27). Defendant King County attached Judge Coughenour's Opinion dated July 24, 2015 in *Kaseburg v. Port of Seattle, et al.*, a case involving landowners adjacent to Lake Washington, and stated that Judge Coughenour's Order rejects "Plaintiffs' claims under the Trails Act, 16 U.S.C. § 1247(d)."

Defendant King County's statement that Judge Coughenour's Order rejects Plaintiffs'

PLAINTIFFS' RESPONSE TO DEFENDANT KING COUNTY'S
SUBMISSION OF SUPPLEMENTAL AUTHORITY IN OPPOSITION
TO SECOND EXTENSION - PAGE 1
Case No. 2:15-cv-00284-MJP

**RODGERS DEUTSCH & TURNER, P.L.L.C.**
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington 98005-2440
Tel. (425)455-1110  Fax (425)455-1626

claims under the Trails Act is patently false. First, the issues pertaining to the Lake Washington case are not the same issues that are relevant to this Lake Sammamish case. Second, the issues addressed by Judge Coughenour have absolutely nothing to do with the pending motion concerning an extension of time to file an amended complaint. Third, Judge Coughenour's Opinion relates to whether the original railroad easement is "preserved" by and through the Trails Act on the surface of the land, which is not really even an issue in this case, and has absolutely nothing to do with standing, fee ownership of the right-of-way, and the subsurface and aerial rights which are and will be at issue in this case once Plaintiffs are allowed to amend their Complaint.

Respectfully submitted,

Date: July 27, 2015   STEWART, WALD & McCULLEY

By /s/ *Thomas S. Stewart*
Thomas S. Stewart
Elizabeth McCulley
Michael J. Smith
9200 Ward Parkway, Suite 550
Kansas City, MO  64114
Telephone:  (816) 303-1500
Facsimile:  (816) 527-8068
stewart@swm.legal
mcculley@swm.legal
smith@swm.legal

AND

RODGERS DEUTSCH & TURNER, P.L.L.C.
Daryl A. Deutsch, WSBA No. 11003
Rodgers Deutsch & Turner, P.L.L.C.
3 Lake Bellevue Dr. Suite 100
Bellevue, WA  98005
Telephone:  (425) 455-1110

PLAINTIFFS' RESPONSE TO DEFENDANT KING COUNTY'S SUBMISSION OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO SECOND EXTENSION   - PAGE 2
Case No. 2:15-cv-00284-MJP

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington  98005-2440
Tel. (425)455-1110  Fax (425)455-1626

Facsimile: (425) 455-1626
daryl@rdtlaw.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of July 2015, the foregoing was filed electronically with the Clerk of the Court to be served by the operation of the Court's electronic filing system upon all parties of record.

Andrew W Marcuse
David J. Hackett
King County Prosecuting Attorney, Civil Division
500 4th Avenue, Suite 900
Seattle, WA 98104-5039
andrew.marcuse@kingcounty.gov
david.hackett@kingcounty.gov
*Attorneys for Defendant King County*

                                                */s/ Thomas S. Stewart*

PLAINTIFFS' RESPONSE TO DEFENDANT KING COUNTY'S SUBMISSION OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO SECOND EXTENSION  - PAGE 3
Case No. 2:15-cv-00284-MJP

**RODGERS DEUTSCH & TURNER, P.L.L.C.**
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington 98005-2440
Tel. (425)455-1110  Fax (425)455-1626