1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10    SAMMAMISH HOMEOWNERS et al.,          CASE NO. C15-284 MJP

11                        Plaintiffs,        ORDER ON SECOND MOTION FOR
                                             EXTENSION OF TIME TO FILE
12          v.                               AMENDED COMPLAINT

13    COUNTY OF KING,

14                        Defendant.

15

16          THIS MATTER comes before the Court on Plaintiffs' Second Motion for Extension of

17    Time to File Amended Complaint. (Dkt. No. 24.) Having reviewed the Motion, Defendant's

18    Response (Dkt. No. 25), Plaintiffs' Reply (Dkt. No. 26), and all related papers, the Court hereby

19    GRANTS the motion to extend Plaintiffs' deadline by 30 days from the date the Motion was

20    filed, but declines to extend the deadline by the full 60 days requested. The Court finds good

21    cause to extend the deadline based on the time required to compile chains of title. The deadline

22    to amend the complaint is hereby extended to August 16, 2015.

23

24          The clerk is ordered to provide copies of this order to all counsel.

ORDER ON SECOND MOTION FOR
EXTENSION OF TIME TO FILE AMENDED
COMPLAINT- 1

1    Dated this 7th day of August, 2015.

2

3

Marsha J. Pechman
4    Chief United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ON SECOND MOTION FOR
EXTENSION OF TIME TO FILE AMENDED
COMPLAINT- 2