The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS E. HORNISH and SUZANNE J. HORNISH JOINT LIVING TRUST; TRACY and BARBARA NEIGHBORS; ARUL MENEZES and LUCRETIA VANDERWENDE; LAKE SAMMAMISH 4257 LLC; HEBERT MOORE and EVELYN MOORE; AND EUGENE MOREL AND ELIZABETH MOREL,<br><br>Plaintiffs,<br><br>vs.<br><br>KING COUNTY, a home rule charter county,<br><br>Defendant. | No. 15-cv-00284 MJP<br><br>ANSWER AND COUNTERCLAIM OF DEFENDANT KING COUNTY |

COMES NOW Defendant King County, by and through its attorneys of record, both to answer Plaintiffs' Amended Complaint for Declaratory Relief (Dkt. 31; "complaint") and to counterclaim as set forth below.  In answer to Plaintiffs' complaint, Defendant admits, denies and alleges as set forth below.  Each and every allegation contained in Plaintiffs' complaint not expressly admitted in full below is denied.  The paragraph numbers in the Answer below correspond to the paragraph numbers in Plaintiffs' complaint:

ANSWER AND COUNTERCLAIM OF DEFENDANT KING COUNTY (15-cv-00284 MJP) - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

# NATURE OF ACTION

1. Answering paragraph 1, King County is presently without sufficient information to answer the allegations of fact contained in this paragraph and therefore denies the same.

2. Answering paragraph 2, deny.

3. Answering paragraph 3, King County is presently without sufficient information to answer the allegations of fact contained in this paragraph and therefore denies the same.

4. Answering paragraph 4, King County is presently without sufficient information to answer the allegations of fact contained in this paragraph and therefore denies the same.

5. Answering paragraph 5, admit.

6. Answering paragraph 6, the decision of the STB requires no answer and speaks for itself. To the extent that paragraph 6 contains additional allegations of fact, King County denies the same.

7. Answering paragraph 7, the decision of the STB requires no answer and speaks for itself. King County denies all other factual allegations in this paragraph, including the assertion that there was any "conversion" of the East Lake Sammamish Rail Corridor (ELSRC or "corridor").

8. Answering paragraph 8, King County admits that it entered into various agreements with BNSF and TLC, but denies Plaintiffs' characterizations of those agreements. King County further admits that it has established a trail along the rail corridor and removed the railroad tracks, but denies all remaining allegations in the paragraph.

9. Answering paragraph 9, Plaintiffs' state a legal conclusion for which no answer is required, but King County otherwise denies the factual allegations in this paragraph.

10. Answering paragraph 10, deny.

ANSWER AND COUNTERCLAIM OF DEFENDANT KING COUNTY (15-cv-00284 MJP) - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819

11.     Answering paragraph 11, King County is presently without sufficient information to answer the allegations of fact contained in this paragraph and therefore denies the same.

12.     Answering paragraph 12, Plaintiffs' state a legal conclusion for which no answer is required, but King County otherwise denies the factual allegations in this paragraph.

## THE PARTIES

13-18.  Answering paragraphs 13-18, Plaintiffs' state various legal conclusions for which no answer is required.  King County is otherwise presently without sufficient information to answer the allegations of fact contained in those paragraphs and therefore denies them.

19.     Answering paragraph 19, admit.

## JURISDICTION AND VENUE

20.     Answering paragraph 20, King County admits that jurisdiction to determine the allegations in the complaint (and King County's counterclaims) lies with this Court under both federal and state law.  King County denies all other allegations in this paragraph.

21.     Answering paragraph 21, King County admits that RCW 4.12.010 is the mandatory venue statute applicable to plaintiffs' action, that the portion of the ELSRC implicated by Plaintiffs' action is located in King County, and that defendant King County is located within the geographic boundaries of King County.  To the extent that this paragraph includes any additional allegations of fact, King County denies the same.

## FACTS PERTINENT TO ALL CAUSES

22.     Answering paragraph 22,  King County admits that in the 19th and 20th centuries, various railroads acquired land and interests in land and constructed railroad lines in the vicinity of Lake Sammamish.  To the extent that this paragraph contains different or additional

ANSWER AND COUNTERCLAIM OF DEFENDANT KING COUNTY (15-cv-00284 MJP) - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

allegations of fact, King County is presently without sufficient information to answer this paragraph and therefore denies the same.

23. Answering paragraph 23, King County admits the existence of a reported decision in *Beres* by Judge Horn, but denies that plaintiffs accurately or fully characterize Judge Horn's conclusions. King County specifically denies that the referenced opinion accurately characterizes Washington law, or establishes the proper scope of railroad easements under Washington law – especially where the Court expressly departs from Washington and Ninth Circuit precedent. To the extent that this paragraph includes any additional allegations, King County denies the same.

24. Answering paragraph 24, King County admits that the BNSF Railway Company owned and operated a railroad on the east side of Lake Sammamish for many years and that the corridor is currently rail banked. To the extent that Paragraph 24 of the Complaint contains other allegations, King County is presently without sufficient information to answer them and therefore denies the same.

25-30. Answering paragraphs 25 – 30, these paragraphs recite legal conclusions that do not require an answer. The federal interstate rail transportation statutes at 49 U.S.C. §10101 et. seq., and the National Trails System Act, 16 U.S.C. 1241 et. seq., and its implementing regulations, 49 C.F.R. Part 1152, speak for themselves. To the extent that paragraphs 25 through 30 contain allegations of fact, King County denies the same.

31. Answering paragraph 31, the decision of the STB attached to Plaintiffs complaint as Exhibit H requires no answer and speaks for itself. To the extent that paragraph 31 contains additional allegations of fact, King County denies the same.

ANSWER AND COUNTERCLAIM OF DEFENDANT KING COUNTY (15-cv-00284 MJP) - 4

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

32. Answering paragraph 32, King County admits that the ELSRC is rail banked pursuant to the NITU, but denies Plaintiffs' assertion that the letter attached as Exhibit I is the trail use agreement (it appears to be merely a letter summarizing such agreement(s)). To the extent that paragraph 32 contains additional allegations of fact, King County denies the same.

33. Answering paragraph 33, King County denies the same.

## COUNT I—DECLARATORY JUDGMENT

34. Answering paragraph 34, King County hereby incorporates by reference its responses to paragraphs 1-34 of the complaint as though fully set forth herein.

35-37. Answering paragraphs 35-37, King County denies the same.

38. Answering paragraph 38, Plaintiffs' state a legal conclusion for which no answer is required, but King County otherwise denies the allegations in this paragraph.

39. Answering paragraph 39, King County denies the same.

## KING COUNTY'S COUNTERCLAIM FOR QUIET TITLE AND DECLARATORY JUDGMENT

Counterclaim ¶1. As Counterclaim Plaintiff, King County re-alleges its answers to ¶¶1-39 of the Complaint as if fully set forth herein.

Counterclaim ¶2. King County owns fee title or exclusive railroad easement rights characterized as a "quasi-fee" in the portions of the ELSRC that are adjacent to Plaintiff's property.

Counterclaim ¶3. Plaintiffs, some or all, have interfered with King County's property rights in the ELSRC by erecting and maintaining various unauthorized improvements that impede King County's access to its property, its exclusive control, and prevent public enjoyment.

ANSWER AND COUNTERCLAIM OF DEFENDANT KING COUNTY (15-cv-00284 MJP) - 5

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

Counterclaim ¶4. Under RCW 7.28, title to any disputed portions of the corridor should be quieted in King County.

Counterclaim ¶5. Plaintiffs should be required to remove any unauthorized improvements erected and maintained within the ELSRC.

Counterclaim ¶6. Plaintiffs should be required to pay current and back rent and/or special use fees for all unauthorized uses of the ELSRC.

Counterclaim ¶7. The Court should enter declaratory judgment for King County, holding that the Trails Act preserves railroad property rights in rail banked corridors by preempting abandonment of those property rights; that when a railroad corridor is rail banked pursuant to the Trails Act, the railroad property rights are preserved and trail use becomes a new interim authorized use; that BNSF's rail banking of the ELSRC preserved BNSF's railroad property rights and allowed interim use of the corridor as a trail; and that King County, as the successor to BNSF's property rights enjoys the same exclusive control over the corridor as BNSF.

**ANSWER AND AFFIRMATIVE DEFENSES**

BY WAY OF FURTHER ANSWER and AFFIRMATIVE DEFENSES to plaintiffs' Complaint, and without admitting anything previously denied, King County asserts the following affirmative defenses against each plaintiff.

1. Plaintiffs, in whole or in part, have failed to state a claim upon which relief may be granted.
2. Plaintiffs have failed to join indispensable parties.
3. Plaintiffs, in whole or in part, have stated claims under Washington law that are preempted by federal law.

ANSWER AND COUNTERCLAIM OF DEFENDANT KING COUNTY (15-cv-00284 MJP) - 6

Daniel T. Satterberg, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819

4. Plaintiffs, in whole or in part, have stated claims that are barred by the statute of limitations.

5. Plaintiffs, in whole or in part, have stated claims that are barred by the doctrine of laches.

6. Plaintiffs, in whole or in part, have stated claims that are barred by the doctrine of waiver.

7. Plaintiffs, in whole or in part, have stated claims that fail because plaintiffs acquiesced in the acts about which plaintiffs now complain.

8. Plaintiffs, in whole or in part, have stated claims that are barred by the doctrine of estoppel.

9. Plaintiffs, in whole or in part, have stated claims that they, or their predecessors in title, have previously released.

10. Plaintiffs, in whole or in part, are not the real parties in interest.

11. Plaintiffs, in whole or in part, lack standing to bring this action.

King County reserves the right to amend this Answer and assert additional affirmative defenses.

WHEREFORE, having answered Plaintiff's complaint, King County requests that this Court DISMISS Plaintiff's complaint with prejudice, GRANT King County's Counterclaims, and award Defendant King County its costs and reasonable attorney's fees, and award such other and further relief as this Court may deem just and equitable.

ANSWER AND COUNTERCLAIM OF DEFENDANT KING COUNTY (15-cv-00284 MJP) - 7

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819

1  DATED this 28th day of August, 2015.

2                                       DANIEL T. SATTERBERG
                                        King County Prosecuting Attorney
3
                                        By: *s/ David J. Hackett*
4                                       DAVID HACKETT, WSBA #21236
                                        Senior Deputy Prosecuting Attorney
5
                                        By: *s/ H. Kevin Wright*
6                                       H. KEVIN WRIGHT, WSBA #19121
                                        Senior Deputy Prosecuting Attorney
7
                                        By: *s/ Peter G. Ramels*
8                                       PETER G. RAMELS, WSBA #21120
                                        Senior Deputy Prosecuting Attorney
9
                                        By: *s/ Barbara Flemming*
10                                      BARBARA A. FLEMMING, WSBA #20485
                                        Attorneys for Defendant King County
11
                                        King County Prosecuting Attorney's Office
12                                      500 Fourth Ave., 9th Floor
                                        Seattle, WA. 98104
13                                      Telephone: (206) 296-8820 / Fax: (206) 296-8819
                                        Email: david.hackett@kingcounty.gov
14                                             kevin.wright@kingcounty.gov
                                               pete.ramels@kingcounty.gov
15                                             barbara.flemming@kingcounty.gov

16

17

18

19

20

21

22

23

ANSWER AND COUNTERCLAIM OF DEFENDANT KING COUNTY (15-cv-00284 MJP) - 8

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

## DECLARATION OF FILING AND SERVICE

I hereby certify that on August 28, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daryl A. Deutsch, WSBA # 11003
Attorney for Plaintiff
Rodgers, Deutsch & Turner, PLLC
Three Lake Bellevue Drive, Suite 100
Bellevue, WA 98005
Email: daryl@rdtlaw.com

Thomas S. Stewart
Elizabeth McCulley
Attorneys for Plaintiff
9200 Ward Parkway, Suite 550
Kansas City, MO 64114
stewart@swm.legal
mcculley@swm.legal
smith@swm.legal

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED: August 28, 2015, at Seattle, Washington.

*s/ Kris Bridgman*
Kris Bridgman, Legal Secretary
King County Prosecuting Attorney's Office

ANSWER AND COUNTERCLAIM OF DEFENDANT KING COUNTY (15-cv-00284 MJP) - 9

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819