THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS E. HORNISH AND SUZANNE J. HORNISH JOINT LIVING TRUST, TRACY AND BARBARA NEIGHBORS, ARUL MENEZES AND LUCRETIA VANDERWENDE, LAKE SAMMAMISH 4257 LLC, HEBERT MOORE AND ELYNNE MOORE, AND EUGENE MOREL AND ELIZABETH MOREL,<br><br>        Plaintiffs,<br><br>  v.<br><br>KING COUNTY, a home rule charter county,<br><br>        Defendant. | No. 2:15-cv-00284-MJP<br><br>**NOTICE OF APPEARANCE AND ASSOCIATION**<br><br>(*Clerk's Action Required*) |

TO:      CLERK OF THE COURT;

AND TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD:

     PLEASE TAKE NOTICE that the undersigned attorneys Emily J. Harris and David Freeburg of Corr Cronin Michelson Baumgardner Fogg & Moore LLP, hereby make and enter their appearance in the above-entitled proceeding and are associated with Senior Deputy Prosecuting Attorneys David J. Hackett, H. Kevin Wright, Peter G. Ramels and Barbara A. Flemming, as counsel for Defendant. Copies of all future papers, motions and pleadings, exclusive of original process,

NOTICE OF APPEARANCE AND ASSOCIATION – Page 1
No. 2:15-cv-00284

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) (296-8820  Fax (206) 296-8819

Case 2:15-cv-00284-MJP   Document 39   Filed 10/12/15   Page 2 of 3


1  should be served on Emily J. Harris and David Freeburg, in addition to service upon all other counsel

2  of record.

3      DATED this 12th day of October, 2015.

4

5      CORR CRONIN MICHELSON
       BAUMGARDNER FOGG & MOORE LLP

6

7      *s/ Emily J. Harris*
       Emily J. Harris, WSBA #35763

8      Special Deputy Prosecuting Attorney
       1001 Fourth Avenue, Suite 3900

9      Seattle, WA 98154
       P:  (206) 625-8600

10     F:  (206) 625-0900
       eharris@corrcronin.com

11

12     CORR CRONIN MICHELSON
       BAUMGARDNER FOGG & MOORE LLP

13

14     *s/ David Freeburg*
       David Freeburg, WSBA #48935

15     Special Deputy Prosecuting Attorney
       1001 Fourth Avenue, Suite 3900

16     Seattle, WA 98154
       P:  (206) 625-8600

17     F:  (206) 625-0900
       dfreeburg@corrcronin.com

18

19

20

21

22

23

24

25

NOTICE OF APPEARANCE AND ASSOCIATION – Page 2
No. 2:15-cv-00284

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) (296-8820 Fax (206) 296-8819

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this 12th day of October, 2015.

       *s/Leslie Nims*
       Leslie Nims

NOTICE OF APPEARANCE AND ASSOCIATION – Page 3
No. 2:15-cv-00284

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) (296-8820 Fax (206) 296-8819

1107 01 fj12gp292w