UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS E. HORNISH AND SUZANNE J. HORNISH JOINT LIVING TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KING COUNTY,<br><br>Defendant. | CASE NO. C15-284 MJP<br><br>ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS |

The Court, having received and reviewed the Motion of Daryl A. Deutsch for Leave to Withdraw as Counsel for Plaintiffs (Dkt. No. 40), rules as follows:

IT IS ORDERED that the motion is DENIED without prejudice.

Plaintiffs' local counsel counsel, Daryl A. Deutsch, proposes to withdraw and to substitute in his place one of the parties, Thomas Hornish, who is an attorney. The Court finds that the potential for conflict of interest renders this proposal inadvisable. *See* Duncan v. Poythress, 777 F.2d 1508, 1509 (11th Cir. 1985); Hotel Prince George Affiliates v. Maroulis, 194 A.D.2d 440, 441, 599 N.Y.S. 2nd 27, 28 (1993).

1  The motion is denied without prejudice to renew the request after remedying the defect
2  noted above.

3

4  The clerk is ordered to provide copies of this order to all counsel.

5  Dated this 27th day of January, 2016.

                                  Marsha J. Pechman
                                  United States District Judge

ORDER ON MOTION TO WITHDRAW AS
COUNSEL FOR PLAINTIFFS- 2