THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS E. HORNISH AND SUZANNE J. HORNISH JOINT LIVING TRUST, TRACY AND BARBARA NEIGHBORS, ARUL MENEZES AND LUCRETIA VANDERWENDE, LAKE SAMMAMISH 4257 LLC, HERBERT MOORE AND ELYNNE MOORE, AND EUGENE MOREL AND ELIZABETH MOREL,<br><br>Plaintiffs,<br><br>v.<br><br>KING COUNTY, a home rule charter county,<br><br>Defendant. | No. 2:15-cv-00284-MJP<br><br>**JUDGMENT QUIETING TITLE TO KING COUNTY** |

This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Court granted summary judgment to Defendant King County in accordance with the April 20, 2016 Order on the Parties' Cross-Motions for Summary Judgment. The Plaintiffs' August 14, 2015 Amended Complaint is DISMISSED in its entirety, with prejudice. King County's counterclaims for a declaratory judgment and quiet title are GRANTED.

JUDGMENT QUIETING TITLE TO KING COUNTY –
Page 1
No. 15-cv-00284 MJP

It is hereby ORDERED:

1. King County is granted a decree quieting title free and clear from all claims by the Plaintiffs and/or their successors in interest to any portions of the land conveyed by the September 18, 1998 quit claim deed from The Land Conservancy to King County (recording No. 9809181252), which is attached as **Exhibit A** to this judgment. The Plaintiffs, King County, and their successors in interest shall recognize in perpetuity the boundary lines described in Exhibit A.

2. Title is quieted confirming that King County owns a fee interest in the portions of the property described in Exhibit A that are derived from the May 9, 1887 deed from Bill and Mary Hilchkanum to the Seattle, Lake Shore and Eastern Railway, which is attached as **Exhibit B** to this judgment. Consistent with the boundaries of the property conveyed by the Hilchkanum Deed, King County owns a fee interest in all portions of Government Lots 1, 2, and 3 of Section 6, Township 24 N, Range 6 E that are described in Exhibit A.

3. Title is quieted confirming that King County owns a prescriptive easement in the portions of the property described in Exhibit A that are derived from the August 26, 1889 deed from the Northern Pacific Railway Company to Samuel Middleton (recording No. 44096), which is attached as **Exhibit C** to this judgment. Consistent with the boundaries of the property conveyed by the Middleton Deed, King County owns an easement interest in all portions of Government Lot 2 of Section 7, Township 24 N, Range 6 E and Government Lots 1 and 3 of Section 17, Township 24 N, Range 6 E that are described in Exhibit A. King County is entitled to exercise its easement rights in any manner consistent with the April 20, 2016 Order.

1     This order constitutes a final judgment resolving all remaining issues in this case.

2     DATED this _13th_ day of _May_, 2016.

_[signature]_
Marsha J. Pechman
United States District Judge

Presented by:

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By: *s/ David J. Hackett*
DAVID HACKETT, WSBA #21236
Senior Deputy Prosecuting Attorney

By: *s/ H. Kevin Wright*
H. KEVIN WRIGHT, WSBA #19121
Senior Deputy Prosecuting Attorney

By: *s/ Peter G. Ramels*
PETER G. RAMELS, WSBA #21120
Senior Deputy Prosecuting Attorney

By: *s/ Barbara Flemming*
BARBARA A. FLEMMING, WSBA #20485
Senior Deputy Prosecuting Attorney

King County Prosecuting Attorney's Office
500 Fourth Ave., 9th Floor
Seattle, WA 98104
Telephone: (206) 296-8820 / Fax: (206) 296-8819
Email: david.hackett@kingcounty.gov
    kevin.wright@kingcounty.gov
    pete.ramels@kingcounty.gov barbara.flemming@kingcounty.gov

JUDGMENT QUIETING TITLE TO KING COUNTY –
Page 3
No. 15-cv-00284 MJP

| | |
|---|---|
| 1 | By: *s/ Emily J. Harris* |
| | EMILY J. HARRIS, WSBA #35763 |
| 2 | DAVID I. FREEBURG, WSBA #48935 |
| | Special Deputy Prosecuting Attorneys |
| 3 | Corr Cronin Michelson |
| | Baumgardner Fogg & Moore LLP |
| 4 | 1001 Fourth Avenue, Suite 3900 |
| | Seattle, WA 98154 |
| 5 | Telephone: (206) 625-8600 / Fax: (206) 625-0900 |
| | Email: eharris@corrcronin.com |
| 6 | dfreeburg@corrcronin.com |

*Attorneys for Defendant King County*

JUDGMENT QUIETING TITLE TO KING COUNTY –
Page 4
No. 15-cv-00284 MJP