# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS E. HORNISH AND SUZANNE J. HORNISH JOINT LIVING TRUST, et al., <br><br>　　　　　　Plaintiffs, <br><br>　　v. <br><br>KING COUNTY, <br><br>　　　　　　Defendant. | JUDGMENT IN A CIVIL CASE <br><br> CASE NUMBER: C15-284-MJP |

\_\_\_　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Summary judgment is GRANTED to Defendant King County in accordance with the April 20, 2016 Order on the Parties' Cross-Motions for Summary Judgment.  The Plaintiffs' August 14, 2015 Amended Complaint is DISMISSED in its entirety, with prejudice.  King County's counterclaims for a declaratory judgment and quiet title are GRANTED.

Dated May 13, 2016.

　　　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　s/Paula McNabb
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk