| AO 435 (Rev. 04/11) | Administrative Office of the United States Courts | FOR COURT USE ONLY |
|---|---|---|
| Please Read Instructions: | **TRANSCRIPT ORDER** | DUE DATE: |

| 1. NAME<br>Thomas S. Stewart | 2. PHONE NUMBER<br>(816) 303-1500 | 3. DATE<br>07/07/2016 | |
|---|---|---|---|
| 4. MAILING ADDRESS<br>2100 Central, Suite 22 | 5. CITY<br>Kansas City | 6. STATE<br>MO | 7. ZIP CODE<br>64108 |
| 8. CASE NUMBER<br>2:15-cv-00284-MJP | 9. JUDGE<br>Judge Marsha J. Pechman | DATES OF PROCEEDINGS | |
| | | 10. FROM 2/25/2015 | 11. TO 5/13/2016 |
| 12. CASE NAME<br>Thomas E. Hornish, et al. v. King County | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Seattle | 14. STATE Washington |

15. ORDER FOR
[X] APPEAL             [ ] CRIMINAL          [ ] CRIMINAL JUSTICE ACT     [ ] BANKRUPTCY
[ ] NON-APPEAL      [X] CIVIL                 [ ] IN FORMA PAUPERIS        [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | 4/14/2016 Hearing Transcript |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| 18. SIGNATURE  *Thomas S. Stewart* | PROCESSED BY |
|---|---|
| 19. DATE  7/9/16 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

ESTIMATE TOTAL: 0.00

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY