UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS HORNISH AND SUZANNE J. HORNISH JOINT LIVING TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KING COUNTY, <br><br> Defendant. | CASE NO. C15-284 MJP <br><br> ORDER ON MOTION TO STAY ENFORCEMENT OF ORDER |

The above-entitled Court, having received and reviewed:

1. Plaintiffs' Motion to Stay Enforcement of Order for Summary Judgment Pending Resolution of Appeal (Dkt. No. 78),

2. King County's Opposition to Plaintiffs' Motion to Stay Enforcement of Order for Summary Judgment Pending Resolution of Appeal (Dkt. No. 79);

3. Plaintiffs' Reply in Support of Motion to Stay Enforcement of Order for Summary Judgment Pending Resolution of Appeal (Dkt. No. 81);

4. Plaintiffs' Supplemental Briefing in Support of Motion to Stay Enforcement of Order for Summary Judgment Pending Resolution of Appeal (Dkt. No. 83);

5. King County's Supplemental Briefing Pursuant to the Court's Order Dated February 20, 2018;

all attached declarations and exhibits, and relevant parts of the court record, rules as follows:

IT IS ORDERED that the motion is DENIED.

"Once a notice of appeal is filed, the district court is divested of jurisdiction over the matters being appealed." Nat. Res. Def. Council, Inc. v. SW Marine Inc., 242 F.3d 1163, 1166 (9th Cir. 2001). Plaintiffs have attempted to bypass this prohibition by citation to a federal procedural rule which creates an exception:

> **(c) Injunction Pending an Appeal.** While an appeal is pending from an interlocutory order or *final judgment that grants, dissolves, or denies an injunction*, the court may suspend, modify restore, or grant an injunction on terms for bond or other terms that secure the opposing party's rights.

FRCP 62(c)(emphasis supplied).

But what Plaintiffs cannot bypass is the simple and fatal fact that the judgment for which they seek a stay did not involve, by any stretch of legal logic, the grant, dissolution or denial of an injunction. Plaintiffs' attempts to transform a quiet title ruling into injunctive relief are simply unavailing. This Court is divested of jurisdiction while this matter is on appeal; Plaintiffs must seek the relief they request elsewhere.

The clerk is ordered to provide copies of this order to all counsel.

Dated: March 20, 2018.

Marsha J. Pechman
United States District Judge